IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARPENTERS HEALTH AND WELFARE FUND OF PHILADELPHIA AND VICINITY et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>MANAGEMENT RESOURCE SYSTEMS, INC. and DOUGLAS W. MARION,<br><br>          Defendants. | CIVIL ACTION<br>NO. 14-07097 |

## ORDER

AND NOW, this 19th day of May, 2015, upon consideration of Defendants Management Resource Systems, Inc. and Douglas W. Marion's Motion to Dismiss, (Doc. No. 5), Plaintiffs' response in opposition, (Doc. No. 7), and Defendants' reply, (Doc. No. 8), it is **ORDERED** that the Motion to Dismiss is **GRANTED** and the Complaint is **DISMISSED.**

                                        BY THE COURT:


                                        /s/ Gerald J. Pappert
                                        GERALD J. PAPPERT, J.

1